IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WILMONT,

    Petitioner,                    No. CIV S-05-1920 LKK DAD P

    vs.

CLAUDE FINN,

    Respondent.                  <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 3, 2006, the court dismissed the petition filed in this case and granted petitioner leave to file an amended petition naming a proper respondent.  Petitioner was also cautioned to answer each question in the form habeas petition, to identify each of the grounds or claims for relief, to provide facts in support of each claim, and to provide the federal constitutional basis for each claim.  In his amended petition, petitioner answers questions regarding the grounds raised in his state habeas petitions and the claims raised before this court merely by citing page numbers to an attachment to the amended petition.  The attachment referred to by petitioner is a table of contents to an unidentified document.  Moreover, in his amended petition, petitioner fails to state any facts in support of his claims for relief instead leaving those portions of the form petition blank.  The amended petition is clearly

1

1  deficient and fails to comply with the court's October 3, 2006 order.  Petitioner will be provided
2  one final opportunity to submit a proper habeas petition.

3        Accordingly, IT IS HEREBY ORDERED that:

4      1. Petitioner's amended petition for a writ of habeas corpus, filed on October 11,
5  2006, is dismissed;

6      2. Petitioner is granted thirty days from the date of service of this order to file a
7  second amended petition that complies with the requirements of the Federal Rules of Civil
8  Procedure; the second amended petition must bear the docket number assigned this case and
9  must be labeled "Second Amended Petition;" petitioner must use the form petition provided by
10 the court and answer each question on the form as set forth in the court's October 3, 2006 order;
11 petitioner's failure to file a second amended petition in accordance with this order will result in
12 the dismissal of this action;

13     3. The Clerk of the Court is directed to provide petitioner with the court's form
14 petition for a writ of habeas corpus for a state prisoner; and

15     4. The Clerk of the Court is directed to modify the court's docket to remove
16 Margerita Perez as a respondent in this action.

17 DATED: October 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 DAD:4
wilm1920.amd2

2