IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WILMONT,

        Petitioner,                    No. CIV S-05-1920 LKK DAD P

    vs.

CLAUDE FINN,

        Respondent.              ORDER

_____/

        Petitioner, a state prisoner at Deuel Vocational Institution, is proceeding pro se and in forma pauperis with a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        In 1988, petitioner was convicted of two counts of kidnap for robbery following a jury trial in the Los Angeles Superior Court. In this action, petitioner is challenging the denial of parole in his case by the Board of Prison Terms on February 26, 2004. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's second amended habeas petition.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of

1

counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's November 15, 2006 second amended habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the second amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the second amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

4. Petitioner's November 15, 2006 motion for the appointment of counsel is denied without prejudice; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead Supervising Deputy Attorney General.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wilm1920.100