IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS WILMONT,

    Petitioner,                    No. CIV S-05-1920 LKK DAD P

    vs.

CLAUDE FINN,

    Respondent.
_____/

DENNIS REED WILMONT,

    Petitioner,                    No. CIV S-08-0841 GEB JFM P

    vs.

CLAUDE FINN, Warden,

    Defendant.                  <u>RELATED CASE ORDER</u>
_____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2005). The actions involve the same property, transaction or event, similar questions of fact, and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1 | The parties should be aware that relating the cases under Local Rule 83-123
2 | merely has the result that the actions are assigned to the same judge; no consolidation of the
3 | actions is effected. Under the regular practice of this court, related cases are generally assigned
4 | to the judge and magistrate judge to whom the first filed action was assigned.
5 | Therefore, IT IS ORDERED that the action denominated as <u>Wilmont v. Finn</u>, CIV
6 | S-08-0841 GEB JFM P, is reassigned to Magistrate Judge Dale A. Drozd for all further
7 | proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.
8 | Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-
9 | 08-0841 LKK DAD P.
10 | IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
11 | adjustment in the assignment of civil cases to compensate for this reassignment.
12 | DATED: May 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 | 8:wilmont841.rel